**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOVEDEEP SINGH,<br>Petitioner,<br>v.<br>FERETI SEMAIA, WARDEN OF DESERT VIEW FACILITY, ET AL.,<br>Respondents. | Case No. 5:26-cv-04754-AJR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Lovedeep Singh (A# 226-137-337) ("Petitioner") from custody on his Order of Own Recognizance ("OROR") (only those conditions in place prior to Petitioner's May 12, 2026 re-detention). Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to either 8 U.S.C. § 1226 or 8 U.S.C. § 1231 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government

bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 18, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE